579 S.E.2d 318

**The STATE, Petitioner,**

v.

**Jon Pierre LACOSTE, Respondent.**

No. 25622.

Supreme Court of South Carolina.

Heard March 18, 2003.

Decided April 7, 2003.

Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, all of Columbia; and Solicitor Thomas E. Pope, of York, for Petitioner.

Assistant Appellate Defender Robert M. Pachak, of Columbia, for Respondent.

PER CURIAM.

After full review of the Appendix and briefs, we dismiss the writ of certiorari as improvidently granted.

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.